OLAF LARSEN, JR., Respondent, *v.* ASTON G. CLARK et al.,
Defendants, and DOMINICK J. AMBROSE, Appellant.

Submitted October 4, 1954; decided December 2, 1954.

*George C. Koch* and *Sidney R. Siben* for motion.
*John J. Cunneen* opposed.

Motion to dismiss appeal denied upon the ground that an appeal lies as of right.